UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORISKA INSURANCE COMPANY and
U.S. MANAGEMENT, INC.,

                        Plaintiffs,

      - vs -                                      03-CV-1481

POWER P.E.O. OF NEW YORK, INC., et al,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

KERNAN AND KERNAN, P.C.
Attorneys for Plaintiffs                    LEIGHTON R. BURNS, ESQ.
Suite 600
258 Genesee Street
Utica, New York 13502-4691


BRENNAN & WHITE, L.L.P.                DANIEL J. STEWART, ESQ.
Attorneys for Defendants
   The Power PEO of New York, Inc.
   The Power PEO, Inc., the Power PEO II, Inc.
   and the Power PEO of California
163 Haviland Road
Queensbury, New York

ROEMER WALLENS & MINEAUX, LLP     MATTHEW J. KELLY, ESQ.
Attorneys for Defendants
13 Columbia Circle
Albany, NY 12203

DAVID N. HURD
United States District Judge

## O R D E R

       Defendant moves pursuant to Fed R. Civ. P. 59(e) and 60(b) for an order altering

and amending the Memorandum-Decision and order dated August 26, 2008, and the

Judgment entered August 27, 2008.  The plaintiffs oppose.

Because the defendant has failed to demonstrate any basis for the relief requested under the above rules, it is

ORDERED, that the motion is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   October 27, 2008
         Utica, New York.